# Worgul Law Firm LLC

Phone: (412) 737-7314
Fax: (412) 402-5000

MICHAEL V. WORGUL, ESQ.    *Managing Partner*
SAMIR SARNA, ESQ.    *Partner*

429 Fourth Ave
STE 1700
Pittsburgh, PA 15219

February 7, 2018

**Appearance of Counsel**

United States of America
v.
Abhijeet Das
2:18-cr-00025-MRH

Attorney Samir Sarna hereby enters his appearance on behalf of Abhijeet Das at the case captioned at 2:18-cr-00025-MRH.

Sincerely,

_____
Samir Sarna, ~~Esquire~~

Samir Sarna
Pa. Id. No. 310372
429 Fourth Ave., Ste. 1700
Pittsburgh, PA 15219
Ssarna33@gmail.com
P: (781) 726-0647
F: (412) 402-5000